# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>THE LITTLE TIKES COMPANY, an Ohio corporation,<br>    Plaintiff<br>v.<br>KID STATION TOYS, LTD., a Florida corporation, et al.,<br>    Defendants | Case Number:<br>FILED: APRIL 3, 2008<br>08CV1935  RCC<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE LITTLE TIKES COMPANY, an Ohio corporation

| |
|---|
| NAME (Type or print)<br>Lara V. Hirshfeld |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Lara V. Hirshfeld |
| FIRM<br>NEAL GERBER & EISENBERG LLP. |
| STREET ADDRESS<br>2 North LaSalle Street, Suite 2200 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277477 | TELEPHONE NUMBER<br>(312) 269-8000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐