U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| THE LITTLE TIKES COMPANY, an Ohio corporation, Plaintiff  v.  KID STATION TOYS, LTD., a Florida corporation, et al., Defendants | FILED: APRIL 3, 2008  08CV1935   RCC  JUDGE GOTTSCHALL  MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE LITTLE TIKES COMPANY, an Ohio corporation

| NAME (Type or print) |
|---|
| Michael G. Kelber |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael G. Kelber |

| FIRM |
|---|
| NEAL GERBER & EISENBERG LLP. |

| STREET ADDRESS |
|---|
| 2 North LaSalle Street, Suite 2200 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6231033 | (312) 269-8000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |