THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation,<br><br>      Plaintiffs,<br><br> v.<br><br>KID STATION TOYS, LTD.,<br>a Florida corporation,<br><br>KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation,<br><br>KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation,<br><br>KIDS STATION TOYS<br>  INTERNATIONAL, LTD.,<br>a Bermuda corporation,<br><br>KIDS STATION TOYS INTERNATIONAL<br>  HOLDING, GmbH<br>a Switzerland corporation, and<br><br>MR. ELLIOT S. NEWMAN<br>an individual,<br><br>      Defendants. | Case No.  1:08-vs-1935<br><br>Judge Gottschall<br><br>Magistrate Judge Nolan<br><br>**Jury Trial Demanded** |

## REQUEST FOR REFUND

1. On April 3, 2008 and April 4, 2008, Plaintiff, through its counsel Neal Gerber & Eisenberg LLP., submitted duplicate Complaints for filing and made two payments of $350.00 through pay.gov.

2. It was Plaintiff's intention to correct the document, not to pay $350.00 when the duplicate Complaint was submitted on April 4, 2008, which was assigned Receipt No. 2668929 (duplicate). Please provide a credit for that payment (2668217).

Dated: April 7, 2008                               Respectfully Submitted,

By: <u>s/ Maurice E. Finnegan III</u>
    One of the Attorneys for Plaintiff,
    The Little Tikes Company

    Robert E. Browne (ARDC# 032 1761)
    Michael G. Kelber (ARDC# 623 1033)
    Lara V. Hirshfeld (ARDC# 627 7477)
    Maurice E. Finnegan, III (ARDC# 628 1387)
    NEAL, GERBER & EISENBERG LLP
    Two North LaSalle Street
    Suite 2200
    Chicago, Illinois 60602
    Telephone: (312) 269-8000
    Facsimile: (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California 91406

NGEDOCS: 1521209.1