**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation,<br><br>                   Plaintiff,<br><br>       v.<br><br>KID STATION TOYS, LTD.,<br>a Florida corporation,<br><br>KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation,<br><br>KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation,<br><br>KIDS STATION TOYS<br>     INTERNATIONAL, LTD.,<br>a Bermuda corporation,<br><br>KIDS STATION TOYS INTERNATIONAL<br>     HOLDING, GmbH<br>a Switzerland corporation, and<br><br>MR. ELLIOT S. NEWMAN<br>an individual,<br><br>             Defendants. | Case No. 1:08-cv-1935<br><br><br><br>**Jury Trial Demanded** |

## NOTICE OF MOTION

To:    Paul T. Fox, Esq.
        Charles B. Leuin, Esq.
        Paul J. Ferak, Esq.
        Jason B. Elster, Esq.
        GREENBERG TRAURIG LLP
        77 W. Wacker Drive, Suite 2500
        Chicago, Il 60601

      PLEASE TAKE NOTICE that on Thursday, April 10, 2008, at 9:30 a.m., or as soon

thereafter as counsel may be heard, counsel for The Little Tikes company, shall appear before

the Honorable Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom

usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United

States District Court for the Northern District of Illinois, Eastern Division, located at 219 South

Dearborn Street, 2325, Chicago, Illinois, and shall then and there present for consideration a

**MOTION FOR TEMPORARY RESTRAINING ORDER,** a copy of which is hereby served

upon you.

Dated:  April 9, 2008                    Respectfully Submitted,

                              By:   s/ Robert E. Browne
                                    One of the Attorneys for Plaintiff,
                                    The Little Tikes Company

                                    Robert E. Browne (ARDC# 032 1761)
                                    Michael G. Kelber (ARDC# 623 1033)
                                    Lara V. Hirshfeld (ARDC# 627 7477)
                                    Maurice E. Finnegan, III (ARDC# 628 1387)
                                    NEAL, GERBER & EISENBERG LLP
                                    Two North LaSalle Street
                                    Suite 2200
                                    Chicago, Illinois  60602
                                    Telephone:  (312) 269-8000
                                    Facsimile:  (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER** was served, via first class mail postage prepaid, on April 9, 2008 on the following counsel of record:

> Paul T. Fox, Esq.
> Charles B. Leuin, Esq.
> Paul J. Ferak, Esq.
> Jason B. Elster, Esq.
> GREENBERG TRAURIG LLP
> 77 W. Wacker Drive, Suite 2500
> Chicago, Il 60601
>
> ***Attorneys for Defendants***

_____s/Lara V. Hirshfeld_____
Lara V. Hirshfeld