THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:08-cv-1935<br>)<br>) |
| v. | )<br>) |
| KID STATION TOYS, LTD.,<br>a Florida corporation, | )<br>) **Jury Trial Demanded**<br>) |
| KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation, | )<br>)<br>) |
| KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation, | )<br>)<br>) |
| KIDS STATION TOYS<br>    INTERNATIONAL, LTD.,<br>a Bermuda corporation, | )<br>)<br>)<br>) |
| KIDS STATION TOYS INTERNATIONAL<br>    HOLDING, GmbH<br>a Switzerland corporation, and | )<br>)<br>)<br>) |
| MR. ELLIOT S. NEWMAN<br>an individual, | )<br>)<br>) |
| Defendants. | ) |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Now comes the Plaintiff, The Little Tikes Company ("Little Tikes"), and hereby moves, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a Temporary Restraining Order against Defendants Kid Station Toys, Ltd., a Florida corporation (hereinafter, "Kids Station (Florida)"), Kids Station Toys, Ltd., a Hong Kong corporation (hereinafter, "Kid Station (HK)"),

Kids Station (U.S.) Incorporated, a Florida corporation (hereinafter, "Kids Station (U.S.)"), Kids Station Toys International, Ltd., a Bermuda corporation (hereinafter, "Kids Station (Bermuda)"), Kids Station Toys International Holding, GmbH (hereinafter, "Kids Station (International)") (collectively, the "Kids Station entities") and Mr. Elliot S. Newman ("Newman") based on the allegations in the Complaint, as verified, and the Declaration of David Oakes.  By this Motion and pending a full hearing on the merits, Little Tikes seeks to prevent Defendants from manufacturing, promoting, using, offering for sale and selling any products in connection with the LITTLE TIKES trademark and Logo.

Little Tikes has terminated a license agreement (the "Agreement") with an entity purporting to be Kid Station (Florida) for the use of Little Tikes' well known LITTLE TIKES trademarks on electronic products for children.  Little Tikes terminated the Agreement because Defendants had systemically and repeatedly breached the Agreement, including by the continuing sale of products that have been identified by the U. S. Consumer Product Safety Commission (the "CPSC") as potentially unsafe to children.  Although the Agreement was terminated, Defendants continue to manufacture, sell and distribute products under the LITTLE TIKES trademarks, which is violation of Little Tikes' rights.

WHEREFORE, Little Tikes respectfully requests that the Court enter a Temporary Restraining Order enjoining Defendants from manufacturing, promoting, selling, or distributing products under the LITTLE TIKES trademarks pending a full hearing on the merits.

Dated: April __, 2008.

Respectfully submitted,

By:
One of the Attorneys for Plaintiff, The Little Tikes Company

s/Robert E. Browne

Robert E. Browne (ARDC# 032 1761)
Michael G. Kelber (ARDC# 623 1033)
Lara V. Hirshfeld (ARDC# 627 7477)
Maurice E. Finnegan, III (ARDC# 628
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California 91406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR TEMPORARY RESTRAINING ORDER, MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, and DECLARATION** were served, via first class mail postage prepaid, on April 9, 2008 on the following counsel of record:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>GREENBERG TRAURIG LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601
>
>*Attorneys for Defendants*

>   ___s/Lara V. Hirshfeld_____
>           Lara V. Hirshfeld