IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, an Ohio corporation, | ) ) ) |
| Plaintiff, | ) Case No. 1:08-cv-1935 ) ) |
| v. | ) ) |
| KID STATION TOYS, LTD., a Florida corporation, | ) ) **Jury Trial Demanded** ) |
| KIDS STATION TOYS, LTD., a Hong Kong corporation, | ) ) ) |
| KIDS STATION (U.S.) INCORPORATED, a Florida corporation, | ) ) ) |
| KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda corporation, | ) ) ) ) |
| KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH a Switzerland corporation, and | ) ) ) ) |
| MR. ELLIOT S. NEWMAN an individual, | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Paul T. Fox, Esq.
      Charles B. Leuin, Esq.
      Paul J. Ferak, Esq.
      Jason B. Elster, Esq.
      GREENBERG TRAURIG LLP
      77 W. Wacker Drive, Suite 2500
      Chicago, Il 60601

PLEASE TAKE NOTICE that on Thursday, April 10, 2008, at 9:30 a.m., or as soon

thereafter as counsel may be heard, counsel for The Little Tikes company, shall appear before

the Honorable Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325, Chicago, Illinois, and shall then and there present for consideration a **MOTION FOR TEMPORARY RESTRAINING ORDER,** a copy of which is hereby served upon you.

Dated:  April 9, 2008                            Respectfully Submitted,

                                                 By:  s/ Robert E. Browne
                                                      One of the Attorneys for Plaintiff,
                                                      The Little Tikes Company

                                                      Robert E. Browne (ARDC# 032 1761)
                                                      Michael G. Kelber (ARDC# 623 1033)
                                                      Lara V. Hirshfeld (ARDC# 627 7477)
                                                      Maurice E. Finnegan, III (ARDC# 628 1387)
                                                      NEAL, GERBER & EISENBERG LLP
                                                      Two North LaSalle Street
                                                      Suite 2200
                                                      Chicago, Illinois  60602
                                                      Telephone:  (312) 269-8000
                                                      Facsimile:  (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER** was served, via first class mail postage prepaid, on April 9, 2008 on the following counsel of record:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>GREENBERG TRAURIG LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601
>
>*Attorneys for Defendants*

s/Lara V. Hirshfeld
Lara V. Hirshfeld
