**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE LITTLE TIKES COMPANY, | ) | |
| an Ohio corporation, | ) | |
| | ) | Case No. 1:08-cv-1935 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KID STATION TOYS, LTD., | ) | |
| a Florida corporation, | ) | **Jury Trial Demanded** |
| | ) | |
| KIDS STATION TOYS, LTD., | ) | |
| a Hong Kong corporation, | ) | |
| | ) | |
| KIDS STATION (U.S.) INCORPORATED, | ) | |
| a Florida corporation, | ) | |
| | ) | |
| KIDS STATION TOYS | ) | |
| INTERNATIONAL, LTD., | ) | |
| a Bermuda corporation, | ) | |
| | ) | |
| KIDS STATION TOYS INTERNATIONAL | ) | |
| HOLDING, GmbH | ) | |
| a Switzerland corporation, and | ) | |
| | ) | |
| MR. ELLIOT S. NEWMAN | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Paul T. Fox, Esq.
        Charles B. Leuin, Esq.
        Paul J. Ferak, Esq.
        Jason B. Elster, Esq.
        GREENBERG TRAURIG LLP
        77 W. Wacker Drive, Suite 2500
        Chicago, Il 60601

      PLEASE TAKE NOTICE that on April 10, 2008, at 9:30 a.m., or as soon thereafter as

counsel may be heard, counsel for The Little Tikes company, shall appear before the Honorable

Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by

Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for

the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325,

Chicago, Illinois, and shall then and there present for consideration a **MOTION FOR LEAVE**

**TO FILE A BRIEF IN EXCESS OF 15 PAGES PURSUANT TO LR 7.1,** a copy of which is

hereby served upon you.

Dated:  April 9, 2008                    Respectfully Submitted,

                                         By:  s/ Robert E. Browne_____
                                              One of the Attorneys for Plaintiff,
                                              The Little Tikes Company

                                              Robert E. Browne (ARDC# 032 1761)
                                              Michael G. Kelber (ARDC# 623 1033)
                                              Lara V. Hirshfeld (ARDC# 627 7477)
                                              Maurice E. Finnegan, III (ARDC# 628 1387)
                                              NEAL, GERBER & EISENBERG LLP
                                              Two North LaSalle Street
                                              Suite 2200
                                              Chicago, Illinois  60602
                                              Telephone:  (312) 269-8000
                                              Facsimile:  (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER** was served, via first class mail postage prepaid, on April 9, 2008 on the following counsel of record:

Paul T. Fox, Esq.
Charles B. Leuin, Esq.
Paul J. Ferak, Esq.
Jason B. Elster, Esq.
GREENBERG TRAURIG LLP
77 W. Wacker Drive, Suite 2500
Chicago, Il 60601

***Attorneys for Defendants***

_____ s/Lara V. Hirshfeld_____
Lara V. Hirshfeld