UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation,<br><br>                  Plaintiff,<br><br>    v.<br><br>KID STATION TOYS, LTD.,<br>a Florida corporation,<br><br>KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation,<br><br>KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation,<br><br>KIDS STATION TOYS<br>    INTERNATIONAL, LTD.,<br>a Bermuda corporation,<br><br>KIDS STATION TOYS INTERNATIONAL<br>    HOLDING, GmbH<br>a Switzerland corporation, and<br><br>MR. ELLIOT S. NEWMAN<br>an individual,<br><br>                  Defendants. | Case No. 1:08-cv-1935<br><br>**Jury Trial Demanded** |

## MOTION FOR LEAVE TO FILE A BRIEF
## IN EXCESS OF 15 PAGES PURSUANT TO LR 7.1

Plaintiff The Little Tikes Company ("Little Tikes"), hereby moves this Court, pursuant to Local Rule 7.1, for leave to file a brief in excess of 15 pages in support of its Motion for a Temporary Restraining Order ("Memorandum in Support of Motion for Temporary Restraining Order"). A copy of the Motion and Memorandum in Support of Motion for Temporary Restraining Order is attached hereto. In support of this Motion, Little Tikes states as follows:

1. On April 4, Little Tikes filed its Complaint.

2. Local Rule 7.1 states that a brief in support of a motion shall not exceed 15 pages. However, for good cause this Court may permit the filing of briefs in excess of this page limitation.

3. Little Tikes's above-referenced memorandum exceeds this limit by only 8 pages.

4. In light of the complex factual background giving rise to this case, a brief in excess of 15 pages is necessary to fully inform the court of the facts surrounding this case.

5. Little Tikes does not believe the granting of this Motion would cause undue burden to the Court or to either party.

WHEREFORE, Little Tikes respectfully requests that this Court grant leave to exceed the page limit as prescribed by Local Rule 7.1.

Dated:  April 9, 2008

Respectfully Submitted,

By:  s/ Robert E. Browne
    One of the Attorneys for Plaintiff,
    The Little Tikes Company

Robert E. Browne (ARDC# 032 1761)
Michael G. Kelber (ARDC# 623 1033)
Lara V. Hirshfeld (ARDC# 627 7477)
Maurice E. Finnegan, III (ARDC# 628 1387)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois  60602
Telephone:  (312) 269-8000
Facsimile:  (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES PURSUANT TO LR 7.1** was served, via messenger, on April 9, 2008 on the following counsel of record:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>GREENBERG TRAURIG LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601

>s/Lara V. Hirshfeld
>Lara V. Hirshfeld