**NEAL ▪ GERBER ▪ EISENBERG**

Robert E. Browne
Attorney at Law

Tel 312.269.5225
Fax 312.269.1747
rbrowne@ngelaw.com

April 10, 2008

F I L E D
APR 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**VIA FEDERAL EXPRESS**

Everett McKinley Dirksen United States Courthouse
Attn: Michael W. Dobbins, Clerk of Judge Gottschall
219 South Dearborn Street - Room 2010
Chicago, IL 60604

  Re: The Little Tikes Company v. Kid Station Toys, Ltd. et al
    USDC No. 1:08-cv-01935

Dear Mr. Dobbins:

  I write in response to your April 9, 2008 letter requesting additional information necessary for the completion of reports that are forwarded to Washington, D.C.

  As requested, the following trademarks are at issue in this case:

| Trademark | Trademark No. | Date of Trademark | Holder of Trademark |
|---|---|---|---|
| LITTLE TIKES | 1,055,661 | January 4, 1977 | The Little Tikes Company |
| LITTLE TIKES & Design | 1,145,515 | January 6, 1981 | The Little Tikes Company |

              Sincerely,

              Robert E. Browne

cc: Vettina Franklin, Deputy Clerk
NGEDOCS: 1522367.1

---

Neal, Gerber & Eisenberg LLP ▪ Two North LaSalle Street ▪ Chicago, Illinois 60602-3801 ▪ 312.269.8000 ▪ www.ngelaw.com