**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 1935 |
|---|---|

THE LITTLE TIKES COMPANY,
        Plaintiff,
  v.
KIDS STATION TOYS LTD. et al.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KIDS STATION TOYS LTD., a Hong Kong corporation

| NAME (Type or print) |
|---|
| Charles B. Leuin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Charles B. Leuin |
| FIRM |
| Greenberg Traurig, LLP |
| STREET ADDRESS |
| 77 West Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, IL 60601-1732 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6225447 | (312) 456-8400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☑ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐