IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KID STATION TOYS LTD. et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 08 CV 1935 <br><br> Hon. Joan B. Gottschall |

**KIDS STATION'S MOTION FOR LEAVE TO FILE INSTANTER
ITS OPPOSITION BRIEF TO PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER IN EXCESS OF FIFTEEN PAGES**

Defendant Kids Station Toys Ltd. ("Kids Station") respectfully moves this Court for leave to file *instanter* its 21 page Opposition Brief to Plaintiff's Motion for Temporary Restraining Order. In support of this Motion, Kids Station states as follows:

1.  On April 9, 2008, Plaintiff filed a Motion for Temporary Restraining Order (the "TRO Motion"), a 20 page supporting memorandum, and a nine page declaration in support of the TRO Motion.

2.  The TRO Motion seeks to immediately enjoin Kids Station from "manufacturing, promoting, selling, or distributing products under the LITTLE TIKES trademarks pending a full hearing on the merits" notwithstanding the existence of the License Agreement and the approval of Plaintiff relating to the sale of Little Tikes products. The relief sought, if granted, will be disastrous for Kids Station's business operations, as explained more fully in Kids Station's Opposition Brief and accompanying exhibits.

3.  In order to present and fully inform this Court of all the relevant facts and arguments supporting Kids Station's opposition to Plaintiffs' TRO Motion, and despite Kids

Station's diligent effort to comply with the page limit of Local Rule 7.1, Kids Station's Opposition Brief is 21 pages. A copy of Kids Station's Opposition Brief and accompanying exhibits are filed separately herewith.

WHEREFORE, Defendant Kids Station Toys Ltd. respectfully requests leave to file *instanter* its Opposition Brief to Plaintiff's Motion for Temporary Restraining Order and Supporting Memorandum, which is 21 pages.

Dated: April 15, 2008                              Respectfully submitted,

/s/ Paul J. Ferak
Paul T. Fox
Charles B. Leuin
Paul J. Ferak
Jason B. Elster
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Kids Station Toys. Ltd.