IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 CV 1935 |
| v. | ) |
| | ) Hon. Joan B. Gottschall |
| KID STATION TOYS LTD. et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on April 17, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, or any Judge that may be sitting in her place and stead, in Courtroom 2325 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present the **Motion of Defendant Kids Station Toys Ltd. for Leave to File *Instanter* Its Opposition Brief to Plaintiff's Motion for Temporary Restraining Order in Excess of Fifteen Pages** and **Motion to Strike Portions of the Declaration of David Oakes**, copies of which are hereby served upon you.

Dated: April 15, 2008                   Respectfully submitted,

/s/ Paul J. Ferak
Paul T. Fox
Charles B. Leuin
Paul J. Ferak
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Kids Station Toys Ltd.

## CERTIFICATE OF SERVICE

I, Paul J. Ferak, an attorney, hereby certify that on April 15, 2008, I electronically filed the foregoing **Motion of Defendant Kids Station Toys Ltd. for Leave to File *Instanter* Its Opposition Brief to Plaintiff's Motion for Temporary Restraining Order in Excess of Fifteen Pages, Memorandum of Kids Station in Opposition to Request of Little Tikes for a Temporary Restraining Order** and **Motion to Strike Portions of the Declaration of David Oakes** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Robert E. Browne
Lara V. Hirshfeld
Maurice Edward Finnegan, III
Michael Gary Kelber
**NEAL, GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, IL  60602-3801
Telephone:  (312) 269-5225
Facsimile:   (312) 269-1747

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　/s/ Paul J. Ferak