**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

The Little Tikes Company

                  Plaintiff,

v.                                        Case No.: 1:08–cv–01935
                                                     Honorable Joan B. Gottschall

Kid Station Toys, Ltd., et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Status hearing held on 4/10/2008. ( In Court hearing set for 4/17/2008 at 10:00 AM.) Defendants' response is due by 4/15/2008. Plaintiff's reply is due by 4/16/08. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.