# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1935 | **DATE** | 4/18/2008 |
| **CASE TITLE** | The Little Tikes Co. v. Kid Station Toys, Ltd. et al. | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in the accompanying memorandum opinion and order, plaintiff The Little Tikes Co's motion seeking a temporary restraining order [10] is denied.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | KW/JGN |
|---|---|---|