## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

The Little Tikes Company

      Plaintiff,

v.              Case No.: 1:08–cv–01935
                Honorable Joan B. Gottschall

Kid Station Toys, Ltd., et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

  MINUTE entry before Judge Honorable Joan B. Gottschall:Temporary restraining order hearing held on 4/17/2008. Preliminary Injunction hearing set for 5/2/2008 at 09:00 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.