IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, an Ohio corporation, <br><br> Plaintiff, <br><br> v. <br><br> KID STATION TOYS, LTD., a Florida corporation, <br><br> KIDS STATION TOYS, LTD., a Hong Kong corporation, <br><br> KIDS STATION (U.S.) INCORPORATED, a Florida corporation, <br><br> KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda corporation, <br><br> KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH a Switzerland corporation, and <br><br> MR. ELLIOT S. NEWMAN an individual, <br><br> Defendants. | Case No. 1:08-cv-1935 <br><br> Honorable Joan Gottschall <br><br> Magistrate Judge Nolan |

## NOTICE OF MOTION

To: Paul T. Fox, Esq.
Charles B. Leuin, Esq.
Paul J. Ferak, Esq.
Jason B. Elster, Esq.
GREENBERG TRAURIG LLP
77 W. Wacker Drive, Suite 2500
Chicago, Il 60601

PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for The Little Tikes Company, shall appear before

the Honorable Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325, Chicago, Illinois, and shall then and there present for consideration **PLAINTIFF LITTLE TIKES' MOTION FOR EXPEDITED DISCOVERY**, a copy of which is hereby served upon you.

Dated: April 28, 2008

Respectfully Submitted,

By: s/ Robert E. Browne
 One of the Attorneys for Plaintiff,
 The Little Tikes Company

 Robert E. Browne (ARDC# 032 1761)
 Michael G. Kelber (ARDC# 623 1033)
 Lara V. Hirshfeld (ARDC# 627 7477)
 Maurice E. Finnegan, III (ARDC# 628 1387)
 NEAL, GERBER & EISENBERG LLP
 Two North LaSalle Street
 Suite 2200
 Chicago, Illinois 60602
 Telephone: (312) 269-8000
 Facsimile: (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California 91406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF LITTLE TIKES' MOTION FOR EXPEDITED DISCOVERY** was served, via messenger delivery, on April 28, 2008 on the following counsel of record:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>GREENBERG TRAURIG LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601
>
>*Attorneys for Defendants*

s/Lara V. Hirshfeld
Lara V. Hirshfeld

NGEDOCS: 1527357.1