IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, an Ohio corporation, <br><br> Plaintiff, <br><br> v. <br><br> KID STATION TOYS, LTD., a Florida corporation, <br><br> KIDS STATION TOYS, LTD., a Hong Kong corporation, <br><br> KIDS STATION (U.S.) INCORPORATED, a Florida corporation, <br><br> KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda corporation, <br><br> KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH a Switzerland corporation, and <br><br> MR. ELLIOT S. NEWMAN an individual, <br><br> Defendants. | Case No. 1:08-cv-1935 <br><br> Honorable Joan Gottschall <br><br> Magistrate Judge Nolan |

## AMENDED NOTICE OF MOTION

To:   Paul T. Fox, Esq.
      Charles B. Leuin, Esq.
      Paul J. Ferak, Esq.
      Jason B. Elster, Esq.
      GREENBERG TRAURIG LLP
      77 W. Wacker Drive, Suite 2500
      Chicago, Il 60601

PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for The Little Tikes Company, shall appear before

the Honorable Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325, Chicago, Illinois, and shall then and there present for consideration a **MOTION TO VACATE PRELIMINARY INJUNCTION HEARING DATE WITH LEAVE TO FILE MOTION FOR PRELIMINARY INJUNCTION AFTER DISCOVERY,** a copy of which is hereby served upon you.

Dated: April 29, 2008               Respectfully Submitted,

                                    By:  s/ Robert E. Browne
                                         One of the Attorneys for Plaintiff,
                                         The Little Tikes Company

                                         Robert E. Browne (ARDC# 032 1761)
                                         Michael G. Kelber (ARDC# 623 1033)
                                         Lara V. Hirshfeld (ARDC# 627 7477)
                                         Maurice E. Finnegan, III (ARDC# 628 1387)
                                         NEAL, GERBER & EISENBERG LLP
                                         Two North LaSalle Street
                                         Suite 2200
                                         Chicago, Illinois  60602
                                         Telephone: (312) 269-8000
                                         Facsimile: (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION TO VACATE PRELIMINARY INJUNCTION HEARING DATE WITH LEAVE TO FILE MOTION FOR PRELIMINARY INJUNCTION AFTER DISCOVERY** was served, via messenger delivery, on April 29, 2008 on the following counsel of record:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>GREENBERG TRAURIG LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601
>
>*Attorneys for Defendants*

___s/Lara V. Hirshfeld___
Lara V. Hirshfeld

NGEDOCS: 1527355.2