IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation,<br><br>               Plaintiff,<br><br>v.<br><br>KID STATION TOYS, LTD.,<br>a Florida corporation,<br><br>KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation,<br><br>KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation,<br><br>KIDS STATION TOYS<br>    INTERNATIONAL, LTD.,<br>a Bermuda corporation,<br><br>KIDS STATION TOYS INTERNATIONAL<br>    HOLDING, GmbH<br>a Switzerland corporation, and<br><br>MR. ELLIOT S. NEWMAN<br>an individual,<br><br>               Defendants. | Case No. 1:08-cv-1935<br><br>Honorable Joan Gottschall<br><br>Magistrate Judge Nolan |

## AMENDED NOTICE OF MOTION

To:    Paul T. Fox, Esq.
         Charles B. Leuin, Esq.
         Paul J. Ferak, Esq.
         Jason B. Elster, Esq.
         GREENBERG TRAURIG LLP
         77 W. Wacker Drive, Suite 2500
         Chicago, Il 60601

PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for The Little Tikes Company, shall appear before

the Honorable Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325, Chicago, Illinois, and shall then and there present for consideration **PLAINTIFF LITTLE TIKES' MOTION FOR EXPEDITED DISCOVERY**, a copy of which is hereby served upon you.

Dated: April 29, 2008

Respectfully Submitted,

By: s/ Robert E. Browne
    One of the Attorneys for Plaintiff,
    The Little Tikes Company

    Robert E. Browne (ARDC# 032 1761)
    Michael G. Kelber (ARDC# 623 1033)
    Lara V. Hirshfeld (ARDC# 627 7477)
    Maurice E. Finnegan, III (ARDC# 628 1387)
    NEAL, GERBER & EISENBERG LLP
    Two North LaSalle Street
    Suite 2200
    Chicago, Illinois  60602
    Telephone:  (312) 269-8000
    Facsimile:  (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF LITTLE TIKES' MOTION FOR EXPEDITED DISCOVERY** was served, via messenger delivery, on April 29, 2008 on the following counsel of record:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>GREENBERG TRAURIG LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601
>
>*Attorneys for Defendants*

_____s/Lara V. Hirshfeld_____
Lara V. Hirshfeld

NGEDOCS: 1527357.2