## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1935 | **DATE** | 5/1/2008 |
| **CASE TITLE** | The Little Tikes Company vs. Kid Station Toys, Ltd et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/1/2008. Motion to vacate preliminary injunction hearing date with leave to file motion for preliminary injunction after discovery [30] is granted. Plaintiff's Little Tikes' motion for expedited discovery [32] is granted. Preliminary Injunction Hearing set for 5/2/2008 is stricken. Discovery ordered closed by 7/30/2008., In court hearing is set for 8/4/2008 at 10:00 AM. Permanent Injunction hearing is set for 9/29/2008 at 10:00 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|