## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No:   1:08-CV-1935

Case Name:  THE LITTLE TIKES COMPANY AN OHIO CORPORATION vs. KIDS STATION TOYS, LTD., ET. AL

_____Scott Goodman_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case & Complaint** to **Mr. Elliot S. Newman** at **355 Ocean Blvd., Golden Beach, Florida 33160** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2008 at _____ ___.M.

X̶ Substitute service by leaving the documents with a resident over the age of 13 on

the __5__ day of __May__, 2008 at __7: 17__ _P._M.

Name:  __Cenada Rojas__    Relationship:  __Co-Resident__

_____ After substitute service I mailed a copy of the listed documents to the

defendant on the ____ day of _____, 2008

_____ Non-Service for the following reason with the date and time of each attempt listed:

_____

_____

_____

_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | __Female__ | Hair Color/Style: | __Grey__ |
| Race: | __White/Hisp.__ | Height (approx.): | __5'3"__ |
| Age (approx.): | __50__ | Weight (approx.): | __145 lbs__ |

Noticeable Features/Notes: __Wears Glasses__

Signed and Sworn to before me

This __8__ day of ____May____ 2008

_____
Notary Public

Served By:

_____
**Certified Process Server #1119**
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | May 5, 2008 @ 7:17 pm |
| NAME OF SERVER (PRINT)    Scott Goodman | TITLE | Certified Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  **Cenada Rojas, Co-resident** ___

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

**Description: W/F, to, 5'3", 145, Grey Hair, Wears Glasses** ___

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _5-8-08_____
Date

Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Little Tikes Company
an Ohio Corporation

CASE NUMBER:     1:08-cv-1935

V.

ASSIGNED JUDGE:     Gottschall

Kids Station Toys, Ltd., a Florida corporation
Kid Station Toys, Ltd., a Hong Kong corporation
Kid Station (U.S.) Incorporated, a Florida corporation
Kid Station Toys International, Ltd., a Bermuda corporation
Kid Station Toys International Holding GmbH, a Switzerland corporation
Mr. Elliot S. Newman, an individual

DESIGNATED
MAGISTRATE JUDGE:     Nolan

TO: (Name and address of Defendant)

Mr. Elliot S. Newman
355 Ocean Blvd.
Golden Beach, Florida 33160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Browne, Esq.
Neal, Gerber & Eisenberg, LLP
2 North LaSalle Street, Suite 2200
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                    DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                         Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.