## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No:       1:08-cv-1935

Case Name:   THE LITTLE TIKES COMPANY AN OHIO CORPORATION vs. KIDS STATION TOYS, LTD., ET. AL

__Scott Goodman__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case & Complaint** to **Kid Station (U.S.) Incorporated, a Florida Corporation** at **1160 NW 163rd Drive, Miami Gardens, Florida 33169** resulting in:

**X** Corporate service to an officer or an authorized individual of the company executed on the __6__ day of __May__, 2008 at __11:19__ **A** .M.

Name: __Viivan Hernandez__   Title: __Senior Vice President__

____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | Female | Hair Color/Style: | Blonde |
| Race: | White/Hisp. | Height (approx.): | 5'7" |
| Age (approx.) | 50 | Weight (approx.): | 175 lbs |

Notable Features/Notes: __Wears glasses__

Signed and Sworn to before me
This __8__ day of __May__, 2008.

_____
Notary Public

Served By: _____
Certified Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 6, 2008 @ 11:19 am |
| NAME OF SERVER *(PRINT)*    Scott Goodman | TITLE    Certified Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE: Served Vivian Hernandez, Senior Vice President of Kid Station (U.S.) Incorporated @ 1160 NW 163 Dr., Miami Gardens, FL 33169

DESCRIPTION: W/F, 50, 5'7", 175, Blonde Hiar, Wears Glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-8-08       _[signature]_
            Date                Signature of Server

                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Little Tikes Company
an Ohio Corporation

CASE NUMBER: 1:08-cv-1935

V.

ASSIGNED JUDGE: Gottschall

Kids Station Toys, Ltd., a Florida corporation
Kid Station Toys, Ltd., a Hong Kong corporation
Kid Station (U.S.) Incorporated, a Florida corporation
Kid Station Toys International, Ltd., a Bermuda corporation
Kid Station Toys International Holding GmbH, a Switzerland corporation
Mr. Elliot S. Newman, an individual

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Kid Station (U.S.) Incorporated, a Florida Corporation
1160 NW 163rd Drive
Miami Gardens, Florida 33169-5816

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Browne, Esq.
Neal, Gerber & Eisenberg, LLP
2 North LaSalle Street, Suite 2200
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.