U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number: 08 CV 1935
THE LITTLE TIKES COMPANY,
　　　　　Plaintiff,
v.
KID STATION TOYS LTD. et al.,
　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KIDS STATION (U.S.) INCORPORATED, a Florida Corporation
KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda Corporation
KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH a Switzerland Corporation
Mr. ELLIOT S. NEWMAN an individual

| NAME (Type or print) |
| --- |
| Charles B. Leuin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Charles B. Leuin |
| FIRM |
| Greenberg Traurig, LLP |
| STREET ADDRESS |
| 77 West Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, IL 60601-1732 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6225447 | (312) 456-8400 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐