## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 1935 |

THE LITTLE TIKES COMPANY,
                    Plaintiff,
   v.
KID STATION TOYS LTD. et al.,
                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KIDS STATION (U.S.) INCORPORATED, a Florida Corporation
KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda Corporation
KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH  a Switzerland Corporation
Mr. ELLIOT S. NEWMAN an individual

| |
|---|
| NAME (Type or print)<br>Paul J. Ferak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/  Paul J. Ferak |
| FIRM<br>Greenberg Traurig, LLP |
| STREET ADDRESS<br>77 West Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60601-1732 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272208 | TELEPHONE  NUMBER<br>(312) 456-8400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐