**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE LITTLE TIKES COMPANY, an Ohio corporation, | ) ) ) | |
| | ) | Case No. 1:08-cv-1935 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KID STATION TOYS, LTD., a Florida corporation, | ) ) ) | Hon. Joan B. Gottschall |
| KIDS STATION TOYS, LTD., a Hong Kong corporation, | ) ) ) ) | |
| KIDS STATION (U.S.) INCORPORATED, a Florida corporation, | ) ) ) ) | |
| KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda corporation, | ) ) ) ) ) | |
| KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH a Switzerland corporation, and | ) ) ) ) ) | |
| MR. ELLIOT S. NEWMAN an individual, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Paul T. Fox, Esq.
 Charles B. Leuin, Esq.
 Paul J. Ferak, Esq.
 Jason B. Elster, Esq.
 GREENBERG TRAURIG LLP
 77 W. Wacker Drive, Suite 2500
 Chicago, Il 60601

 PLEASE TAKE NOTICE that on Thursday, June 19, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for The Little Tikes Company and MGA

Entertainment Inc., shall appear before the Honorable Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325, Chicago, Illinois, and shall then and there present for consideration a **MOTION TO DISMISS,** a copy of which is hereby served upon you.

Dated:  June 11, 2008                                         Respectfully Submitted,

                                                      By:  s/ Robert E. Browne
                                                           One of the Attorneys for Plaintiff,
                                                           The Little Tikes Company

                                                           Robert E. Browne (ARDC# 032 1761)
                                                           Michael G. Kelber (ARDC# 623 1033)
                                                           Lara V. Hirshfeld (ARDC# 627 7477)
                                                           Maurice E. Finnegan, III (ARDC# 628 1387)
                                                           NEAL, GERBER & EISENBERG LLP
                                                           Two North LaSalle Street
                                                           Suite 2200
                                                           Chicago, Illinois  60602
                                                           Telephone:  (312) 269-8000
                                                           Facsimile:  (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing NOTICE OF MOTION has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 11th day of June 2008:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>Greenberg Traurig LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601



/s/Lara V. Hirshfeld
Lara V. Hirshfeld

NGEDOCS: 1538622.1