IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>    Plaintiff, | )<br>)<br>) **SUMMONS IN A CIVIL CASE** |
| v. | )<br>) |
| KID STATION TOYS LTD., et al.,<br>    Defendants. | ) Case No. 08 C 1935<br>)<br>) Hon. Joan B. Gottschall<br>) United States District Judge |
| KIDS STATION TOYS LTD.,<br>    Counterplaintiff, | )<br>) Hon. Nan Nolan<br>) United States Magistrate Judge |
| v. | )<br>) |
| THE LITTLE TIKES COMPANY and MGA<br>ENTERTAINMENT, INC.,<br>    Counterdefendants. | )<br>)<br>) |

**TO:**  MGA ENTERTAINMENT, INC.
By serving: Isaac Larian, Registered Agent
16380 Roscoe Boulevard
Van Nuys, CA 91405

**YOU ARE HEREBY SUMMONED** and required to serve upon Counter-plaintiff's Attorney,

Charles B. Leuin, Esq.
Greenberg Traurig, LLP
77 W. Wacker Dr., Suite 2400
Chicago, IL 60601

an answer to the Counterclaim, which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Counterclaim. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Michael W. Dobbins | MAY 2 3 2008 |
|---|---|
| CLERK | DATE |

*Yvette Montanez*
(BY) DEPUTY CLERK

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| The Little Tikes Company<br><br>   Plaintiff,<br><br>Vs.<br><br>Kid Station Toys Ltd, et al<br><br>   Defendant. | Case No.: 08C 1935<br><br>AFFIDAVIT OF SERVICE |
| Kids Station Toys Ltd.,<br><br>   Counterplaintiff,<br>Vs.<br><br>The Little Tikes Compnay and MGA Entertainment Inc.,<br><br>   Counterdefendants. | |

I, Marissa Mendenhall, am over the age of 18 and not a party to the within action. I am a registered California Process Server, Los Angeles County #5281. My business address United Processing Inc. 55 West Wacker Drive 9th Floor Chicago, IL. phone number 312-629-0140 If called upon to testify to the facts in this matter I could and would.

-1-

1  On June 3rd, 2008 at 1:30 pm  I personally served the Summons and
2  Answer, Affirmative Defenses, And Counterclaim of Kids Station Toys Ltd,
3  upon MGA Entertainment, Inc by serving Sam Khare, counsel at MGA
4  Entertainments Legal Department.
5  I declare under penalty of perjury under the laws of the State of
6  California that the foregoing is true and correct.
7  Executed this Fourth Day Of June 2008.
8  *Marissa Mendenhall* (signature)