**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation,<br><br>      Plaintiff,<br><br> v.<br><br>KID STATION TOYS, LTD.,<br>a Florida corporation,<br><br>KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation,<br><br>KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation,<br><br>KIDS STATION TOYS<br>  INTERNATIONAL, LTD.,<br>a Bermuda corporation,<br><br>KIDS STATION TOYS INTERNATIONAL<br>  HOLDING, GmbH<br>a Switzerland corporation, and<br><br>MR. ELLIOT S. NEWMAN<br>an individual,<br><br>      Defendants. | Case No. 1:08-cv-1935<br><br>Hon. Joan B. Gottschall |

## NOTICE OF MOTION

To: Paul T. Fox, Esq.
   Charles B. Leuin, Esq.
   Paul J. Ferak, Esq.
   Jason B. Elster, Esq.
   GREENBERG TRAURIG LLP
   77 W. Wacker Drive, Suite 2500
   Chicago, Il 60601

 PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:30 a.m., or as soon

thereafter as counsel may be heard, counsel for The Little Tikes Company shall appear before the

Honorable Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325, Chicago, Illinois, and shall then and there present for consideration a **MOTION TO COMPEL ENTRY OF PROTECTIVE ORDER,** a copy of which is hereby served upon you.

Dated: July 14, 2008　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Robert E. Browne
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　The Little Tikes Company

　　　　　　　　　　　　　　　　　　　　　　Robert E. Browne (ARDC# 032 1761)
　　　　　　　　　　　　　　　　　　　　　　Michael G. Kelber (ARDC# 623 1033)
　　　　　　　　　　　　　　　　　　　　　　Lara V. Hirshfeld (ARDC# 627 7477)
　　　　　　　　　　　　　　　　　　　　　　Maurice E. Finnegan, III (ARDC# 628 1387)
　　　　　　　　　　　　　　　　　　　　　　NEAL, GERBER & EISENBERG LLP
　　　　　　　　　　　　　　　　　　　　　　Two North LaSalle Street
　　　　　　　　　　　　　　　　　　　　　　Suite 2200
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60602
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 269-8000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California  91406

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing NOTICE OF MOTION has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 14th day of July 2008:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>Greenberg Traurig LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601


Lara V. Hirshfeld

NGEDOCS: 1547966.1