IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE LITTLE TIKES COMPANY,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| KID STATION TOYS LTD., et al.,<br>    Defendants. | )<br>)<br>) | Case No. 08 C 1935 |
| _____ | )<br>)<br>) | Hon. Joan B. Gottschall<br>United States District Judge |
| KIDS STATION TOYS LTD.,<br>    Counterplaintiff, | )<br>)<br>) | Hon. Nan R. Nolan<br>United States Magistrate Judge |
| v. | )<br>) | |
| THE LITTLE TIKES COMPANY and MGA ENTERTAINMENT, INC.,<br>    Counterdefendants. | )<br>)<br>) | |

**KIDS STATION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS**

In order to allow the parties to continue settlement discussions in this matter, counterclaim plaintiff Kids Station Toys Ltd. ("Kids Station") respectfully moves this Court for a 28 day extension of time for Kids Station to respond to the motion to dismiss Kids Station's counterclaims (the "Motion to Dismiss") filed by counterclaim defendants The Little Tikes Company and MGA Entertainment, Inc. In support of this Motion, Kids Station states as follows:

    1.    On June 19, 2008, this Court entered an Order providing that Kids Station was to respond to the Motion to Dismiss by July 17, 2008 with the counterclaim defendants to reply by July 31, 2008.

2.    The parties to this dispute are engaged in settlement discussions that Kids Station expects to resolve all matters at issue in this case.

3.    Settlement in this matter will be promoted by extending the date for Kids Station to respond to the Motion to Dismiss, as it will preserve the parties' resources, permit Kids Station to focus its attention on a resolution of this matter and allow settlement discussions to continue.

WHEREFORE, counterclaim plaintiff Kids Station Toys Ltd. respectfully requests the Court to extend the date for Kids Station to respond to the Motion to Dismiss to August 14, 2008 and the date for counterclaim defendants The Little Tikes Company and MGA Entertainment, Inc. to reply to August 28, 2008.

Dated: July 17, 2008                              Respectfully submitted,

/s/ Charles B. Leuin
Paul T. Fox
Charles B. Leuin
Paul J. Ferak
Jason B. Elster
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Kids Station Toys. Ltd.