IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KID STATION TOYS LTD. et al., )<br>)<br>Defendants. ) | Case No. 08 CV 1935<br><br>Hon. Joan B. Gottschall |

**NOTICE OF MOTION**

TO: Robert E. Browne
Lara V. Hirshfeld
Maurice Edward Finnegan, III
Michael Gary Kelber
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle Street, Suite 2200
Chicago, IL 60602-3801

    PLEASE TAKE NOTICE that on July 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, or any Judge that may be sitting in her place and stead, in Courtroom 2325 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present the **Kids Station's Motion For Extension Of Time To Respond To Counterclaim Defendants' Motion To Dismiss,** copies of which are hereby served upon you.

Dated: July 17, 2008                                       Respectfully submitted,

                                                                             /s/ Charles B. Leuin
                                                                             Paul T. Fox
                                                                             Charles B. Leuin
                                                                             Paul J. Ferak
                                                                             Greenberg Traurig, LLP
                                                                             77 West Wacker Drive, Suite 2500
                                                                             Chicago, Illinois 60601
                                                                              Tel: (312) 456-8400
                                                                              Fax: (312) 456-8435

                                                                             Attorneys for Kids Station Toys Ltd.

**CERTIFICATE OF SERVICE**

      I, Charles B. Leuin, an attorney, hereby certify that on July 17, 2008, I electronically filed the foregoing **Kids Station's Motion For Extension Of Time To Respond To Counterclaim Defendants' Motion To Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Robert E. Browne
Lara V. Hirshfeld
Maurice Edward Finnegan, III
Michael Gary Kelber
**NEAL, GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, IL  60602-3801
Telephone:  (312) 269-5225
Facsimile:   (312) 269-1747

*Counsel for Plaintiff*

                                                                   /s/ Charles B. Leuin