IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>KID STATION TOYS, LTD.,<br>a Florida corporation,<br><br>KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation,<br><br>KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation,<br><br>KIDS STATION TOYS<br>  INTERNATIONAL, LTD.,<br>a Bermuda corporation,<br><br>KIDS STATION TOYS INTERNATIONAL<br>  HOLDING, GmbH<br>a Switzerland corporation, and<br><br>MR. ELLIOT S. NEWMAN<br>an individual,<br><br>     Defendants. | Case No. 1:08-cv-1935<br><br><br><br><br><br><br><br>Judge Joan B. Gottschall<br>Magistrate Judge Nan R. Nolan |

**JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**

In order to allow the parties to continue settlement discussions in this matter, the Plaintiff The Little Tikes Company and Defendants Kids Station Toys, Ltd., a Hong Kong corporation (hereinafter, "Kid Station (HK)"), Kids Station (U.S.) Incorporated, a Florida corporation (hereinafter, "Kids Station (U.S.)"), Kids Station Toys International, Ltd., a Bermuda corporation (hereinafter, "Kids Station (Bermuda)"), Kids Station Toys International Holding, GmbH (hereinafter, "Kids Station (International)") and Mr. Elliot S. Newman ("Newman")

(collectively, the "Parties") respectfully move this Court for a 30 day extension of time to complete discovery related to the Permanent Injunction hearing. In support of this Motion, the Parties state as follows:

1. On May 1, 2008, this Court entered an Order setting a Permanent Injunction hearing for September 29, 2008 and the completion of all related discovery by July 30, 2008.

2. The Parties to this dispute are engaged in settlement discussions that they are hopeful will resolve all matters at issue in this case.

3. Nonetheless, the Parties each require additional time to complete discovery in the event the Parties are unable to resolve this case in settlement discussions. Accordingly, in order to ensure the completion of discovery related to the upcoming Permanent Injunction hearing, the parties have agreed to request a 30 day extension to complete discovery.

4. The Parties believe that settlement in this matter will be promoted by extending the discovery period by 30 days, as it will preserve the Parties' resources and permit them to focus their attention on settling this case.

WHEREFORE, the Parties respectfully request the Court to extend the discovery period by 30 days to August 29, 2008.

Dated: July 25, 2008                                    Respectfully submitted,

By: <u>s/Robert E. Browne</u>                                   By: <u>s/Charles B. Leuin</u>
    Robert E. Browne                                         Paul T. Fox
    Michael G. Kelber                                        Charles B. Leuin
    Lara V. Klapper                                          Paul J. Ferak
    Maurice E. Finnegan                                      Jason B. Elster
    NEAL, GERBER & EISENBERG LLP                             GREENBERG TRAURIG, LLP
    Two North LaSalle Street                                 77 W. Wacker Drive, Suite 2500
    Chicago, Illinois 60602-3801                             Chicago, Illinois 60601

    Attorneys for Plaintiff The Little Tikes                 Attorney for Defendants Kids Station Toys
    Company                                                  Ltd., Kids Station (U.S.) Incorporated,
                                                             Kids Station Toys International, Ltd.,
                                                             Kids Station Toys International Holding,
                                                             GmbH and Elliot S. Newman

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing Joint Motion for Extension of Discovery Period has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 25th day of July 2008:

Paul T. Fox, Esq.
Charles B. Leuin, Esq.
Paul J. Ferak, Esq.
Jason B. Elster, Esq.
GREENBERG TRAURIG LLP
77 W. Wacker Drive, Suite 2500
Chicago, Il 60601

/s/ Lara V. Klapper
Lara V. Klapper

NGEDOCS: 1551109.1