IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>KID STATION TOYS, LTD.,<br>a Florida corporation,<br><br>KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation,<br><br>KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation,<br><br>KIDS STATION TOYS<br>    INTERNATIONAL, LTD.,<br>a Bermuda corporation,<br><br>KIDS STATION TOYS INTERNATIONAL<br>    HOLDING, GmbH<br>a Switzerland corporation, and<br><br>MR. ELLIOT S. NEWMAN<br>an individual,<br><br>              Defendants. | Case No. 1:08-cv-1935<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, July 30, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the parties shall appear before Magistrate Judge Nan R. Nolan, or any Judge sitting in her stead, in the Courtroom usually occupied by Magistrate Judge Nan R. Nolan, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 1858,

Chicago, Illinois, and shall then and there present for consideration a **JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**.

Dated: July 25, 2008                    Respectfully Submitted,

                                        By: /s/ Robert E. Browne
                                            One of the Attorneys for Plaintiff,
                                            The Little Tikes Company

                                            Robert E. Browne (ARDC# 032 1761)
                                            Michael G. Kelber (ARDC# 623 1033)
                                            Lara V. Klapper (ARDC# 627 7477)
                                            Maurice E. Finnegan, III (ARDC# 628 1387)
                                            NEAL, GERBER & EISENBERG LLP
                                            Two North LaSalle Street
                                            Suite 2200
                                            Chicago, Illinois 60602
                                            Telephone: (312) 269-8000
                                            Facsimile: (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California 91406

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing NOTICE OF MOTION has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 25th day of July 2008:

    Paul T. Fox, Esq.
    Charles B. Leuin, Esq.
    Paul J. Ferak, Esq.
    Jason B. Elster, Esq.
    Greenberg Traurig LLP
    77 W. Wacker Drive, Suite 2500
    Chicago, Il 60601



                                            /s/Lara V. Klapper
                                            Lara V. Klapper

NGEDOCS: 1551340.1