# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

The Little Tikes Company

                          Plaintiff,

v.                                               Case No.: 1:08–cv–01935
                                                 Honorable Joan B. Gottschall

Kid Station Toys, Ltd., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

        MINUTE entry before the Honorable Nan R. Nolan:MOTION by Plaintiff The Little Tikes Company, Defendant Kid Station Toys, Ltd. for extension of time to complete discovery[58] is stricken as improperly filed. This matter is not referred to Magistrate Judge Nolan. The motion shall be re–filed and re–notice before the District Judge.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.