IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, an Ohio corporation, <br><br> Plaintiff, <br><br> v. <br><br> KID STATION TOYS, LTD., a Florida corporation, <br><br> KIDS STATION TOYS, LTD., a Hong Kong corporation, <br><br> KIDS STATION (U.S.) INCORPORATED, a Florida corporation, <br><br> KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda corporation, <br><br> KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH a Switzerland corporation, and <br><br> MR. ELLIOT S. NEWMAN an individual, <br><br> Defendants. | Case No. 1:08-cv-1935 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 31, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for the parties shall appear before Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325, Chicago,

Illinois, and shall then and there present for consideration a **JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**.

Dated: July 25, 2008                    Respectfully Submitted,

                                          By: /s/ Robert E. Browne
                                               One of the Attorneys for Plaintiff,
                                               The Little Tikes Company

                                               Robert E. Browne (ARDC# 032 1761)
                                               Michael G. Kelber (ARDC# 623 1033)
                                               Lara V. Klapper (ARDC# 627 7477)
                                               Maurice E. Finnegan, III (ARDC# 628 1387)
                                               NEAL, GERBER & EISENBERG LLP
                                               Two North LaSalle Street
                                               Suite 2200
                                               Chicago, Illinois 60602
                                               Telephone: (312) 269-8000
                                               Facsimile: (312) 269-1747

*Of Counsel*
Jeanine Pisoni
General Counsel
MGA Entertainment, Inc.
16300 Roscoe Blvd
Suite 150
Van Nuys, California 91406

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing NOTICE OF MOTION has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 25th day of July 2008:

>Paul T. Fox, Esq.
>Charles B. Leuin, Esq.
>Paul J. Ferak, Esq.
>Jason B. Elster, Esq.
>Greenberg Traurig LLP
>77 W. Wacker Drive, Suite 2500
>Chicago, Il 60601


/s/Lara V. Klapper
Lara V. Klapper

NGEDOCS: 1551340.2