**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

The Little Tikes Company

                Plaintiff,

v.                                                            Case No.: 1:08−cv−01935
                                                              Honorable Joan B. Gottschall

Kid Station Toys, Ltd., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Kids Station's motion for extension of time to file respond to counterclaim Defendants' motion to dismiss by 8/14/2008 [56] is granted. Reply is due by 8/28/2008. Plaintiff's motion to compel entry of protective order [54] and all discovery motions, discovery supervision and settlement conference when deemed appropriate are referred to Magistrate Judge Nolan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.