UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

The Little Tikes Company

                    Plaintiff,

v.                                                   Case No.: 1:08–cv–01935
                                                          Honorable Joan B. Gottschall

Kid Station Toys, Ltd., et al.

                    Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery motions(s), discovery supervision and settlement conference motion to compel[54].(rj, )Mailed notice.


Dated: July 24, 2008

                                                                            /s/ Joan B. Gottschall

                                                                      United States District Judge