# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

The Little Tikes Company

                              Plaintiff,

v.                                                      Case No.: 1:08–cv–01935
                                                           Honorable Joan B. Gottschall

Kid Station Toys, Ltd., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Joint motion for extension of discovery period [61] is referred to Magistrate Judge Nolan for hearing and ruling. No appearance required on 7/31/08. In Court Hearing set for 8/4/08 is vacated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.