IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| KID STATION TOYS LTD., et al.,<br>    Defendants.<br>_____ | ) Case No. 08 C 1935<br>)<br>) Hon. Joan B. Gottschall<br>) United States District Judge<br>) |
| KIDS STATION TOYS LTD.,<br>    Counterplaintiff, | ) Hon. Nan R. Nolan<br>) United States Magistrate Judge<br>) |
| v. | )<br>) |
| THE LITTLE TIKES COMPANY and MGA<br>ENTERTAINMENT, INC.,<br>    Counterdefendants. | )<br>)<br>) |

**KIDS STATION'S UNCONTESTED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS**

In order to allow the parties to continue settlement discussions in this matter, counterclaim plaintiff Kids Station Toys Ltd. ("Kids Station") respectfully moves this Court for a further 28 day extension of time for Kids Station to respond to the motion to dismiss Kids Station's counterclaims (the "Motion to Dismiss") filed by counterclaim defendants The Little Tikes Company and MGA Entertainment, Inc. In support of this Motion, Kids Station states as follows:

1. On June 19, 2008, this Court entered an Order providing that Kids Station was to respond to the Motion to Dismiss by July 17, 2008 with the counterclaim defendants to reply by July 31, 2008.

2. On July 29, 2008, with no objection from the counterclaim defendants, the Court granted Kids Station until August 14, 2008 to respond to the Motion to Dismiss.

3. The parties continue to engage in settlement discussions to resolve all matters at issue in this case. Drafts of settlement documents have been exchanged and the parties continue to work toward a settlement.

4. Settlement in this matter will be promoted by extending the date for Kids Station to respond to the Motion to Dismiss, as it will preserve the parties' resources, permit Kids Station to focus its attention on a resolution of this matter and allow settlement discussions to continue.

5. On August 12, 2008, counsel for counterclaim defendants confirmed that they have no objection to the extension sought in this motion.

WHEREFORE, counterclaim plaintiff Kids Station Toys Ltd. respectfully requests the Court to extend the date for Kids Station to respond to the Motion to Dismiss to September 11, 2008 and the date for counterclaim defendants The Little Tikes Company and MGA Entertainment, Inc. to reply to September 25, 2008.

Dated: August 13, 2008				Respectfully submitted,

/s/ Charles B. Leuin
Paul T. Fox
Charles B. Leuin
Paul J. Ferak
Jason B. Elster
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Kids Station Toys. Ltd.