IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 1935 |
| v. ) | |
| ) | Hon. Joan B. Gottschall |
| KID STATION TOYS LTD. et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Robert E. Browne
      Lara V. Hirshfeld
      Maurice Edward Finnegan, III
      Michael Gary Kelber
      NEAL, GERBER & EISENBERG LLP
      Two N. LaSalle Street, Suite 2200
      Chicago, IL  60602-3801

PLEASE TAKE NOTICE that on August 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, or any Judge that may be sitting in her place and stead, in Courtroom 2325 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present the **Kids Station's Uncontested Motion For Second Extension Of Time To Respond To Counterclaim Defendants' Motion To Dismiss,** copies of which are hereby served upon you.

Dated:  August 13, 2008             Respectfully submitted,

                                    /s/ Charles B. Leuin
                                    Paul T. Fox
                                    Charles B. Leuin
                                    Paul J. Ferak
                                    Greenberg Traurig, LLP
                                    77 West Wacker Drive, Suite 2500
                                    Chicago, Illinois 60601
                                    Tel: (312) 456-8400
                                    Fax: (312) 456-8435

                                    Attorneys for Kids Station Toys Ltd.

## CERTIFICATE OF SERVICE

      I, Charles B. Leuin, an attorney, hereby certify that on August 13, 2008, I electronically filed the foregoing **Kids Station's Uncontested Motion For Second Extension Of Time To Respond To Counterclaim Defendants' Motion To Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Robert E. Browne
Lara V. Hirshfeld
Maurice Edward Finnegan, III
Michael Gary Kelber
**NEAL, GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, IL  60602-3801
Telephone:  (312) 269-5225
Facsimile:   (312) 269-1747

*Counsel for Plaintiff*

                                                  /s/ Charles B. Leuin