IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, )<br>)<br>Plaintiff, )<br>) Case No. 08 CV 1935<br>v. )<br>) Hon. Joan B. Gottschall<br>KID STATION TOYS LTD. et al., )<br>)<br>Defendants. ) | |

## AMENDED NOTICE OF MOTION

TO:   Robert E. Browne
　　　Lara V. Hirshfeld
　　　Maurice Edward Finnegan, III
　　　Michael Gary Kelber
　　　NEAL, GERBER & EISENBERG LLP
　　　Two N. LaSalle Street, Suite 2200
　　　Chicago, IL  60602-3801

　　　PLEASE TAKE NOTICE that on September 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, or any Judge that may be sitting in her place and stead, in Courtroom 2325 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present the **Kids Station's Uncontested Motion For Second Extension Of Time To Respond To Counterclaim Defendants' Motion To Dismiss,** copies of which are hereby served upon you.

Dated:  August 13, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Charles B. Leuin
　　　　　　　　　　　　　　　　　　　　　Paul T. Fox
　　　　　　　　　　　　　　　　　　　　　Charles B. Leuin
　　　　　　　　　　　　　　　　　　　　　Paul J. Ferak
　　　　　　　　　　　　　　　　　　　　　Greenberg Traurig, LLP
　　　　　　　　　　　　　　　　　　　　　77 West Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 456-8400
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 456-8435

　　　　　　　　　　　　　　　　　　　　　Attorneys for Kids Station Toys Ltd.

## CERTIFICATE OF SERVICE

I, Charles B. Leuin, an attorney, hereby certify that on August 13, 2008, I electronically filed the foregoing **Kids Station's Uncontested Motion For Second Extension Of Time To Respond To Counterclaim Defendants' Motion To Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Robert E. Browne
Lara V. Hirshfeld
Maurice Edward Finnegan, III
Michael Gary Kelber
**NEAL, GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 2200
Chicago, IL  60602-3801
Telephone:  (312) 269-5225
Facsimile:   (312) 269-1747

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　/s/ Charles B. Leuin