UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

The Little Tikes Company
                       Plaintiff,

v.                                             Case No.: 1:08–cv–01935
                                               Honorable Joan B. Gottschall

Kid Station Toys, Ltd., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Nan R. Nolan: Magistrate Judge Status hearing held on 8/19/2008. Defendants' not objecting, Plaintiff's motion to compel entry of protective order [54] is moot. Settlement Conference set for 9/9/2008 at 07:00 AM. Prior to the settlement conference, counsel shall review the following Seventh Circuit cases which discuss the retention of federal jurisdiction to enforce the terms of a settlement agreement: Blue Cross and Blue Shield Ass'n v. American Express Co., 467 F.3d 634 (7th Cir. 2006) and Shapo v. Engle, 463 F.3d 641 (7th Cir. 2006). Parties are reminded that Magistrate Judge Nolan requires compliance with her Standing Order Setting Settlement Conference, which is available on the courts website at www.ilnd.uscourts.gov.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.