**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE LITTLE TIKES COMPANY,<br>an Ohio corporation, | ) | |
| | ) | Case No. 1:08-cv-1935 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KID STATION TOYS, LTD.,<br>a Florida corporation, | ) | |
| | ) | |
| KIDS STATION TOYS, LTD.,<br>a Hong Kong corporation, | ) | |
| | ) | Judge Joan B. Gottschall |
| KIDS STATION (U.S.) INCORPORATED,<br>a Florida corporation, | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| KIDS STATION TOYS<br>     INTERNATIONAL, LTD.,<br>a Bermuda corporation, | ) | |
| | ) | |
| KIDS STATION TOYS INTERNATIONAL<br>     HOLDING, GmbH<br>a Switzerland corporation, and | ) | |
| | ) | |
| MR. ELLIOT S. NEWMAN<br>an individual, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**SECOND JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**</u>

In order to allow the parties to continue settlement discussions in this matter, the Plaintiff

The Little Tikes Company and Defendants Kids Station Toys, Ltd., a Hong Kong corporation

(hereinafter, "Kid Station (HK)"), Kids Station (U.S.) Incorporated, a Florida corporation

(hereinafter, "Kids Station (U.S.)"), Kids Station Toys International, Ltd., a Bermuda corporation

(hereinafter, "Kids Station (Bermuda)"), Kids Station Toys International Holding, GmbH

(hereinafter, "Kids Station (International)") and Mr. Elliot S. Newman ("Newman")

(collectively, the "Parties") respectfully move this Court for an extension of time to complete discovery related to the Permanent Injunction hearing by September 23, 2008.  In support of this Motion, the Parties state as follows:

1.      On May 1, 2008, this Court entered an Order setting a Permanent Injunction hearing for September 29, 2008 and the completion of all related discovery by July 30, 2008.

2.      Subsequently, the Parties to this dispute engaged in settlement discussions that they were hopeful would resolve all matters at issue in this case.

3.      As a result, on July 25, 2008, the Parties filed a Joint Motion for Extension of Discovery to enable them to devote their resources to resolving this case.  On July 30, 2008, this Court granted the Joint Motion thereby giving the Parties an additional thirty (30) days to complete discovery.

4.      Although the Parties are still engaged in settlement discussions that they believe will resolve all matters in this case, in the event they are unable to resolve this case each require additional time to complete discovery.  Accordingly, in order to ensure the completion of discovery related to the upcoming Permanent Injunction hearing, the Parties have agreed to request an extension to complete discovery by September 23, 2008.

5.      The Parties believe that settlement in this matter will be promoted by extending the discovery period to September 23, 2008, as it will preserve the Parties' resources and permit them to focus their attention on settling this case.

WHEREFORE, the Parties respectfully request the Court to extend the discovery period to September 23, 2008.

Dated: September 2, 2008                   Respectfully submitted,

By: s/Robert E. Browne_____          By: s/Charles B. Leuin_____
       Robert E. Browne                                 Paul T. Fox
       Michael G. Kelber                                Charles B. Leuin
       Lara V. Klapper                                  Paul J. Ferak
       Maurice E. Finnegan                              Jason B. Elster
       NEAL, GERBER & EISENBERG LLP                     GREENBERG TRAURIG, LLP
       Two North LaSalle Street                         77 W. Wacker Drive, Suite 2500
       Chicago, Illinois 60602-3801                     Chicago, Illinois 60601

       Attorneys for Plaintiff The Little Tikes         Attorney for Defendants Kids Station Toys
       Company                                          Ltd., Kids Station (U.S.) Incorporated,
                                                        Kids Station Toys International, Ltd.,
                                                        Kids Station Toys International Holding,
                                                        GmbH and Elliot S. Newman

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that a copy of the foregoing Second Joint Motion for Extension of Discovery Period has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 2nd day of September 2008:

Paul T. Fox, Esq.
Charles B. Leuin, Esq.
Paul J. Ferak, Esq.
Jason B. Elster, Esq.
GREENBERG TRAURIG LLP
77 W. Wacker Drive, Suite 2500
Chicago, Il 60601

/s/     Lara V. Klapper
        Lara V. Klapper

NGEDOCS: 1560552.1