IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE TIKES COMPANY, an Ohio corporation, | ) ) ) |
| Plaintiff, | ) Case No. 1:08-cv-1935 ) ) |
| v. | ) ) |
| KID STATION TOYS, LTD., a Florida corporation, | ) ) Judge Joan B. Gottschall ) |
| KIDS STATION TOYS, LTD., a Hong Kong corporation, | ) Magistrate Judge Nan R. Nolan ) ) |
| KIDS STATION (U.S.) INCORPORATED, a Florida corporation, | ) ) ) |
| KIDS STATION TOYS INTERNATIONAL, LTD., a Bermuda corporation, | ) ) ) ) |
| KIDS STATION TOYS INTERNATIONAL HOLDING, GmbH a Switzerland corporation, and | ) ) ) ) |
| MR. ELLIOT S. NEWMAN an individual, | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, September 9, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the parties shall appear before Judge Joan B. Gottschall, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Joan B. Gottschall, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 2325,

Chicago, Illinois, and shall then and there present for consideration a **SECOND JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**.

By: s/Robert E. Browne
    Robert E. Browne
    Michael G. Kelber
    Lara V. Klapper
    Maurice E. Finnegan
    NEAL, GERBER & EISENBERG LLP
    Two North LaSalle Street
    Chicago, Illinois 60602-3801

    Attorneys for Plaintiff The Little Tikes Company

By: s/Charles B. Leuin
    Paul T. Fox
    Charles B. Leuin
    Paul J. Ferak
    Jason B. Elster
    GREENBERG TRAURIG, LLP
    77 W. Wacker Drive, Suite 2500
    Chicago, Illinois 60601

    Attorney for Defendants Kids Station Toys Ltd., Kids Station (U.S.) Incorporated, Kids Station Toys International, Ltd., Kids Station Toys International Holding, GmbH and Elliot S. Newman

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing NOTICE OF MOTION has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 2nd day of September 2008:

    Paul T. Fox, Esq.
    Charles B. Leuin, Esq.
    Paul J. Ferak, Esq.
    Jason B. Elster, Esq.
    Greenberg Traurig LLP
    77 W. Wacker Drive, Suite 2500
    Chicago, Il 60601


                                                  /s/Lara V. Klapper
                                                  Lara V. Klapper

NGEDOCS: 1551340.2